WILLIE TERRELL VERDIER, *Appellant,* v. THE CITY OF TAMPA, A MUNICIPAL CORPORATION, AND DAN F. CARLTON, *Appellees.*

Opinion Filed May 28, 1921.

An Appeal from the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*E. L. Bryan,* for Appellant;

*Jackson* & *Withers,* for Appellees.

PER CURIAM.—A bill to redeem lands from a judicial sale for the non-payment of city taxes was dismissed on demurer. In view of the peculiar circumstances set up in the bill of complaint, including the lack of information and experience on the part of the former owner and

the circumstances of the lack of notice of the procedure and sale, there appears to be equity in the bill which offers to do equity to the purchaser at the sale.

The decree is reversed for appropriate proceedings.

All concur.